IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>APRIL LATRICE SPENCER<br><br>  Debtor. | Case No. 22-52524-BEM<br>Chapter 11 |

### ENTRY OF APPEARANCE AND REQUST FOR ALL NOTICES

COME NOW, Bret J. Chaness, of the law firm Rubin Lublin LLC, and hereby files this Entry of Appearance and Request for All Notices as counsel for *Ameris Bank* and request notice of all motions and pleadings filed in this action, pursuant to Bankruptcy Rules 2002 and 9010, be served upon:

Bret J. Chaness
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

Respectfully submitted, this 8th day of April, 2022.

   */s/Bret J. Chaness*_____
   BRET J. CHANESS (GA Bar No. 720572)
   **RUBIN LUBLIN, LLC**
   3145 Avalon Ridge Place, Suite 100
   Peachtree Corners, Georgia 30071
   (678) 281-2730 (Telephone)
   (470) 508-9203 (Facsimile)
   bchaness@rlselaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, this 8th day of April, 2022, filed the within and foregoing by CM/ECF, which will serve notice on all parties.

*/s/Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

2